### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| DAVID R. DODD, II., | : |  |
| Debtor | : | CASE NO. 1:09-BK-03720MDF |
|  | : |  |
| THE PATRIOT-NEWS COMPANY | : |  |
| SHARON SMITH, | : |  |
| Movants | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| DAVID R. DODD, II, | : |  |
| Respondent | : |  |

### DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL

Audio Recording of Emergency Hearing on September 1, 2009 on oral Motion of Patriot News that 2004 Examination be open to the Public, filed 9/2/09, No. 82 on Docket.

Motion of United States Trustee for Order Permitting 2004 Examination, filed 7/16/09, No. 32 on Docket.

Order of July 22, 2009 Granting U.S. Trustee Motion for 2004 Examination, filed 7/23/09, No. 46 on Docket.

Order of September 1, 2009, Finding that the Media Does Not Have the Right to Attend the Debtor's Rule 2004 Examination, filed 9/1/09, No. 81 on Docket.

NAUMAN, SMITH, SHISSLER & HALL, LLP


BY:   s/Craig J. Staudenmaier, Esquire
        Craig J. Staudenmaier, Esquire
        Supreme Court ID# 34995

        Joshua D. Bonn, Esquire
        Supreme Court ID# 9396

        200 North Third Street, P. O. Box 840
        Harrisburg, Pennsylvania 17108-0840
        Telephone:  (717) 236-3010
        Facsimile:   (717) 234-1925
        Counsel for The Patriot-News Company and
        Sharon Smith, Movants


Date:  September 2, 2009

## CERTIFICATE OF SERVICE

**AND NOW**, on the date stated below, I, Craig J. Staudenmaier, of Nauman, Smith, Shissler & Hall, LLP,  hereby certify that I this day served the foregoing  "Designation of Items to be included in Record on Appeal" by electronic filing and/or by United States Mail, first class, postage prepaid, at Harrisburg, Pennsylvania, addressed to the following:

Robert F. Chernicoff, Esquire
Cunningham and Chernicoff, PC
2320 North Second Street
Harrisburg, PA  17110
Counsel for Debtor, David R. Dodd, II

Leon P. Haller, Esquire
Purcell, Krug and Haller
1719 North Front Street
Harrisburg, PA  17102
Trustee

Gregory R. Lyons, Esquire
U.S. Department of Justice
Office of the U.S. Trustee
P. O. Box 969
Federal Building
228 Walnut Street
Harrisburg, PA  17108-0969
United States Trustee

NAUMAN, SMITH, SHISSLER & HALL, LLP

By:    **/s/ Craig J. Staudenmaier, Esquire**
Craig J. Staudenmaier, Esquire
Supreme Court ID# 34996

Date: September 2, 2009